Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

    Case No.: 16−11764−CMG  
    Chapter: 13  
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Diane Waher−Sala  
    dba Precious Moments Childcare  
    941 Vaughn Ave.  
    Toms River, NJ 08753

Social Security No.:  
    xxx−xx−5392

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/18/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 18, 2017  
JAN: dmi

                                                    Jeanne Naughton  
                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 16-11764-CMG
Diane Waher-Sala                                                          Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2               Date Rcvd: May 18, 2017
                               Form ID: 148                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db             +Diane Waher-Sala,    941 Vaughn Ave.,    Toms River, NJ 08753-7954
515974880      +ABC Receivables,    PO Box 350,    Asbury Park, NJ 07712-0350
515974885      +CMC Home Health,    98 Route b37 West,    Toms River, NJ 08753
515974884      +Clinical Practices of U. Penn,     PO Box 7579,    Philadelphia, PA 19101-7579
515974888       Community Surgical,    PO Box 46865,    Toms River, NJ 08754
516198752      +Hibu Inc f/k/a Yellowbook Inc,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 361345,
                 Columbus, OH P.O. Box 43236-1345
515974894      +Lyons, Doughty,    PO Box 1269,    Mount Laurel, NJ 08054-7269
515974896      +Mercxantile Adjustment Bureau,     PO Box 9055,    Williamsville, NY 14231-9055
516061221      +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
515974897       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
515974898      +Monmouth Ocean Hospital Services,     4806 Megill Rd.,    Neptune, NJ 07753-6926
515974899      +Route 9 Shopper,    PO Box 398,    Englishtown, NJ 07726-0398
516015728     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
515974901       State of N.J.,    Div. of Taxation,    1915 Newfield Rd.,    Northfield, NJ 08225
516514863       State of NJ Employer Accts.,     POB 379,   Trenton, NJ 08625-0379
515974903      +UMDNJ,   PO Box 3009,    Newark, NJ 07103-0009
515974905       UPA Recovery,    ADMC Building 12,    36 Bergen St.,    Newark, NJ 07107
515974904      +University Physicians Assoc.,     PO Box 18181,    Newark, NJ 07191-8181
515974906      +Yellowbook,   PO Box 3162,    Cedar Rapids, IA 52406-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 18 2017 22:17:59       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515974881      +EDI: ALLIANCEONE.COM May 18 2017 21:58:00      Alliance One,    4850 Street Rd.,
                 Trevose, PA 19053-6643
515974883       E-mail/Text: bankruptcy@cashcall.com May 18 2017 22:18:34       Cash Call, Inc.,    PO Box 66007,
                 Anaheim, CA 92816
515974882      +EDI: CAPIO.COM May 18 2017 21:58:00      Capia Partners,    2222 Texoma Pkwy.,
                 Sherman, TX 75090-2470
515997155       EDI: CAPITALONE.COM May 18 2017 21:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516200549      +E-mail/Text: bncmail@w-legal.com May 18 2017 22:18:07       CashCall Receivables,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515974886      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 18 2017 22:18:27       Comcast,
                 PO Box 840,   Newark, NJ 07101-0840
515974887      +E-mail/Text: ebn@barnabashealth.org May 18 2017 22:18:19       Community Medical Center,
                 PO Box 903,   Oceanport, NJ 07757-0903
515974890      +EDI: RMSC.COM May 18 2017 21:58:00      GE Capital,    Attn: Bankruptcy Dept.,    PO Box 965061,
                 Orlando, FL 32896-5061
515974891      +EDI: RMSC.COM May 18 2017 21:58:00      GECRB,    PO Box 960010,    Orlando, FL 32896-0010
515974892       EDI: IRS.COM May 18 2017 21:58:00      IRS, Special Procedures Unit,     Attn: Bankruptcy Dept.,
                 PO Box 744,   Springfield, NJ 07081
515974893      +E-mail/Text: JSUMCbankruptcy@meridianhealth.com May 18 2017 22:18:31
                 Jersey Shore Medical Center,     1945 Highway 33,    Neptune, NJ 07753-4896
515974895      +E-mail/Text: bknotices@mbandw.com May 18 2017 22:18:18       McCarthy, Burgess & Wolff,
                 26000 Cannon Rd.,    Cleveland, OH 44146-1807
516059880       EDI: PRA.COM May 18 2017 21:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,   Norfolk VA 23541
516059856       EDI: PRA.COM May 18 2017 21:58:00      Portfolio Recovery Associates, LLC,
                 c/o JC Penney Credit Card,    POB 41067,    Norfolk VA 23541
516059885       EDI: PRA.COM May 18 2017 21:58:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,   Norfolk VA 23541
516167566       EDI: Q3G.COM May 18 2017 21:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
515974900      +EDI: SEARS.COM May 18 2017 21:58:00      Sears Bankruptcy Dept.,    PO Box 6283,
                 Sioux Falls, SD 57117-6283
515974902      +E-mail/Text: rmbncreports@supermedia.com May 18 2017 22:18:00       Supermedia,    PO Box 619810,
                 Dallas, TX 75261-9810
515975204       EDI: RMSC.COM May 18 2017 21:58:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: May 18, 2017
                              Form ID: 148             Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516006319*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515974889     ##+Delbert Services Corp.,    7125 Pollock Dr.,    Las Vegas, NV 89119-4415
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          William A Ward    on behalf of Debtor Diane   Waher-Sala williamwardesq@earthlink.net
                                                                              TOTAL: 4
```