UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William A. Ward
308 Cedar Grove Rd.
Toms River, NJ 08753
732-288-2667
williamwardesq@earthlink.net
Attorney for Debtor

Order Filed on October 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Diane Waher-Sala

Case Number: 16-11764

Hearing Date: Oct. 18, 2017

Judge: CMG

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____Debtor_____ and the Court Having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of The reinstatement to all creditors and interested parties within 7 days of the date of this order;

The Trustee is authorized to pay the late filed claims of State of New Jersey Employers Accts. 11-1 and 12-1.