UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William A. Ward
308 Cedar Grove Rd.
Toms River, NJ 08753
732-288-2667
williamwardesq@earthlink.net
Attorney for Debtor

Order Filed on October 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Diane Waher-Sala

Case Number: 16-11764

Hearing Date: Oct. 18, 2017

Judge: CMG

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____Debtor_____ and the Court Having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of The reinstatement to all creditors and interested parties within 7 days of the date of this order;

The Trustee is authorized to pay the late filed claims of State of New Jersey Employers Accts. 11-1 and 12-1.

United States Bankruptcy Court
District of New Jersey

In re:
Diane Waher-Sala
    Debtor

Case No. 16-11764-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 27, 2017
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db        +Diane Waher-Sala,    941 Vaughn Ave.,    Toms River, NJ 08753-7954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
             Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
             Albert   Russo    docs@russotrustee.com
             Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             William A Ward    on behalf of Debtor Diane   Waher-Sala williamwardesq@earthlink.net
                                                                                                                                                                                                           TOTAL: 4