Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  16−11764−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Diane Waher−Sala
    dba Precious Moments Childcare
    941 Vaughn Ave.
    Toms River, NJ 08753

Social Security No.:
    xxx−xx−5392

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 20, 2019
JAN: kmf

                                                                              Jeanne Naughton
                                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 16-11764-CMG
Diane Waher-Sala                                                 Chapter 13
        Debtor
                                CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Sep 20, 2019
                               Form ID: 148                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             +Diane Waher-Sala,    941 Vaughn Ave.,    Toms River, NJ 08753-7954
515974880      +ABC Receivables,    PO Box 350,    Asbury Park, NJ 07712-0350
515974885      +CMC Home Health,    98 Route b37 West,    Toms River, NJ 08753
515974884      +Clinical Practices of U. Penn,     PO Box 7579,    Philadelphia, PA 19175-0001
515974888       Community Surgical,    PO Box 46865,    Toms River, NJ 08754
515974889      +Delbert Services Corp.,    7125 Pollock Dr.,    Las Vegas, NV 89119-4415
516198752      +Hibu Inc f/k/a Yellowbook Inc,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 361345,
                 Columbus, OH P.O. Box 43236-1345
515974894      +Lyons, Doughty,    PO Box 1269,    Mount Laurel, NJ 08054-7269
515974896      +Mercxantile Adjustment Bureau,     PO Box 9055,    Williamsville, NY 14231-9055
516061221      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515974897       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
515974898      +Monmouth Ocean Hospital Services,     4806 Megill Rd.,    Neptune, NJ 07753-6926
515974899      +Route 9 Shopper,    PO Box 398,    Englishtown, NJ 07726-0398
516015728     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
515974901       State of N.J.,    Div. of Taxation,    1915 Newfield Rd.,    Northfield, NJ 08225
516514863       State of NJ Employer Accts.,    POB 379,    Trenton, NJ  08625-0379
515974903      +UMDNJ,   PO Box 3009,    Newark, NJ 07103-0009
515974905       UPA Recovery,    ADMC Building 12,    36 Bergen St.,    Newark, NJ 07107
515974904      +University Physicians Assoc.,     PO Box 18181,    Newark, NJ 07191-8181
515974906      +Yellowbook,   PO Box 3162,    Cedar Rapids, IA 52406-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2019 01:12:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2019 01:12:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515974881      +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 21 2019 01:10:49     Alliance One,
                 4850 Street Rd.,    Trevose, PA 19053-6643
515974883       E-mail/Text: bankruptcy@cashcall.com Sep 21 2019 01:13:21     Cash Call, Inc.,    PO Box 66007,
                 Anaheim, CA 92816
515974882      +EDI: CAPIO.COM Sep 21 2019 04:38:00      Capia Partners,    2222 Texoma Pkwy.,
                 Sherman, TX 75090-2470
515997155       EDI: CAPITALONE.COM Sep 21 2019 04:38:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516200549      +E-mail/Text: bncmail@w-legal.com Sep 21 2019 01:12:33     CashCall Receivables,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515974886      +EDI: COMCASTCBLCENT Sep 21 2019 04:38:00      Comcast,    PO Box 840,   Newark, NJ 07101-0840
515974887      +E-mail/Text: ebn@rwjbh.org Sep 21 2019 01:13:00     Community Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
515974890      +EDI: RMSC.COM Sep 21 2019 04:38:00      GE Capital,    Attn: Bankruptcy Dept.,   PO Box 965061,
                 Orlando, FL 32896-5061
515974891      +EDI: RMSC.COM Sep 21 2019 04:38:00      GECRB,    PO Box 960010,   Orlando, FL 32896-0010
515974892       EDI: IRS.COM Sep 21 2019 04:38:00     IRS, Special Procedures Unit,    Attn: Bankruptcy Dept.,
                 PO Box 744,    Springfield, NJ 07081
515974893      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Sep 21 2019 01:13:15
                 Jersey Shore Medical Center,    1945 Highway 33,    Neptune, NJ 07753-4896
515974895      +E-mail/Text: bknotices@mbandw.com Sep 21 2019 01:12:57     McCarthy, Burgess & Wolff,
                 26000 Cannon Rd.,    Cleveland, OH 44146-1807
516059880       EDI: PRA.COM Sep 21 2019 04:38:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
516059856       EDI: PRA.COM Sep 21 2019 04:38:00     Portfolio Recovery Associates, LLC,
                 c/o JC Penney Credit Card,    POB 41067,    Norfolk VA 23541
516059885       EDI: PRA.COM Sep 21 2019 04:38:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
516167566       EDI: Q3G.COM Sep 21 2019 04:38:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
515974900      +EDI: SEARS.COM Sep 21 2019 04:38:00      Sears Bankruptcy Dept.,    PO Box 6283,
                 Sioux Falls, SD 57117-6283
515974902      +E-mail/Text: rmbncreports@supermedia.com Sep 21 2019 01:12:24     Supermedia,    PO Box 619810,
                 Dallas, TX 75261-9810
515975204       EDI: RMSC.COM Sep 21 2019 04:38:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 20, 2019
                              Form ID: 148             Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516006319*       Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              William A Ward    on behalf of Debtor Diane    Waher-Sala williamwardesq@earthlink.net
                                                                                       TOTAL: 5
```